[No. 60909-2-I.   Division One.   February 23, 2009.]

FAIRHAVEN LAND & LIVESTOCK COMPANY, LLC, ET AL., *Appellants*, v. CHUCKANUT TRAILS WATER ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 06-2-01503-3, David M. Grant, J. Pro Tem., entered October 30, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Grosse and Agid, JJ.

[No. 60917-3-I.   Division One.   February 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS JOSEPH PAULSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-02565-7, Thomas J. Wynne, J., entered November 9, 2007. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler, C.J., and Ellington, J.

[No. 61041-4-I.   Division One.   February 23, 2009.]

PREVIEW PROPERTIES, INC., *Appellant*, v. BRAD LANDIS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-20900-2, James A. Doerty, J., entered December 14, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Lau, J., concurred in by Becker and Cox, JJ.